IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **AARON LOUIS DORSEY** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. 1:22-cv-00780 |
| **SAM'S CLUB**, *et al.* | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL OF CIVIL ACTION
## AND STATEMENT OF GROUNDS FOR REMOVAL

To Plaintiff and His Attorney of Record:

Please take notice that Defendants Sam's Club, Walmart Inc., Walmart Stores Inc., and Sam's East Inc. (hereinafter collectively "Defendants" or "Sam's") named in the civil action filed in the Circuit Court for Baltimore County, Maryland, Civil Case Number C-03-CV-22-000550 ("the State Case"), hereby note the removal of this action to the United States District Court for the District of Maryland, Northern Division. In support thereof, Defendants state the following:

1. On or about March 10, 2022, Defendants were served with a Complaint and Writ of Summons, attached hereto and identified as Exhibits 1 - 2.

2. Plaintiff's Complaint is based upon allegations of negligence and premises liability for Plaintiff Aaron Dorsey's alleged personal injury at Sam's Club No. 6239 located at 15 Texas Station Court, Timonium, Baltimore County, Maryland 21093.

3. Plaintiff seeks monetary damages in an amount "over Seventy Five Thousand Dollars ($75,000.00)" for her negligence claim. *See* Complaint, Ex. 1.

4. Plaintiff is a resident of the State of Maryland. *See* Complaint, Ex. 1.

1

5. Defendants Sam's Club, Walmart Inc., Walmart Stores Inc.,[1] and Sam's East Inc. are corporate entities that maintain their principal place of business in the State of Arkansas. Walmart Inc. and Sam's East Inc. are corporations existing under the laws of the State of Delaware.

6. Defendant Vereit SC Timonium MD, LLC is a limited liability company formed under the laws of the State of Delaware that maintains its principal place of business in the State of Arizona.

7. The germane section of 28 U.S.C. §1332(a) provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1) citizens of different States;

8. Removal to the United States District Court for the District of Maryland is appropriate in this civil action based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

9. Diversity of citizenship is present in this civil action as Plaintiff's Complaint seeks damages in excess of Seventy Five Thousand Dollars ($75,000.00), and is between citizens of different States. *Id.*

10. Pursuant to 28 U.S.C. §1441(b)(2), no defendant is a citizen of the State of Maryland.

11. Defendants reserve the right to amend this Notice of Removal.

12. Defendants reserve all defenses, including, without limitation, the defense of lack of personal jurisdiction.

---

[1] "Walmart Stores Inc." is the prior name of the entity "Walmart Inc."

13. As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), true and legible copies of all process, pleadings, and documents which have been served upon Defendants in the State Case, as of this date, are filed with this Notice of Removal as Exhibits 1 - 2.

**WHEREFORE**, Defendants Sam's Club, Walmart Inc., Walmart Stores Inc., and Sam's East Inc., respectfully request that this civil action be removed to the United States District Court for the District of Maryland, Northern Division based on diversity of citizenship pursuant to 28 U.S.C. 1332(a).

Respectfully submitted,

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire
Federal Bar No. 15222
jalexander@mhlawyers.com
Kelly S. Kylis, Esquire
Federal Bar No.: 14126
kkylis@mhlawyers.com
**MCNAMEE HOSEA, P.A.**
888 Bestgate Road, Suite 402
Annapolis, MD 21401
Phone: 410-266-9909
Fax:    410-266-8425
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2022, I caused a true and correct copy of the foregoing Notice of Removal of Civil Action and Statement of Grounds for Removal to be served via first class mail, postage prepaid upon:

Jason A. L. Timoll, Esquire
The Law Office of Jason A. L. Timoll
2330 W. Joppa Road, Suite 203
Lutherville, Maryland 21093
*Attorneys for Plaintiff*

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire